Escanaba Veneer Company, Appellee, v. W. A. Herbert, Individually and Trading as W. A. Herbert and Company, Appellant.

Gen. No. 42,693. 

opinion filed December 13, 1943. C. J. Morgan and E. A. Halligan, for appellant; Musgrave, Oppenheim, Price & Ewins, for appellee. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.